UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISHELLE GARCIA, *individually and on behalf of all others similarly situated*,

                Plaintiff,

– against –

DEJAVU OF STATEN ISLAND, CORP. d/b/a DEJAVU SPORTS BAR, CARLOS DIAZ, and FERNANDO VIVANCO,

                Defendants.

**ORDER**

23-cv-09549 (ER)

Ramos, D.J.:

    Mishelle Garcia filed this action on October 31, 2023. Doc. 1. On December 28, 2023, Garcia filed affidavits of service indicating that all three defendants had been served. Docs. 5–7. Defendant Fernando Vivanco filed an answer on February 12, 2024. Doc. 10. The other two defendants, however, have not answered or appeared, and there has been no subsequent activity in the case.

    Garcia is directed to submit a status letter by May 9, 2024. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated:   May 2, 2024
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.