

Janelle Romero | Attorney
D: (718) 874-8247
E: jromero@consumerattorneys.com

May 9, 2024

**Via ECF**
The Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: **Garcia v. Dejavu of Staten Island, Corp. et al**
   **23-cv-9549 (ER)**

Dear Judge Ramos:

Our office represents the Plaintiff in the above-referenced matter and we submit this letter to ask the Court to grant Plaintiff thirty (30) days to file a motion for default judgment against Defendants Devaju of Staten Island, Corp. and Defendant Carlos Diaz.

The Corporate Defendant and Defendant Carlos Diaz in this case were properly served on December 18, 2023. Accordingly, the aforementioned Defendants' Answer was due on January 8, 2024. Our office has made numerous attempts to contact the Defendants to inquire as to whether they have retained counsel or intend to otherwise appear in this matter but we have not received any return call from the Defendants. Additionally, our office has been in in contact with Defendant Fernando Vivanco's counsel who has confirmed he does not represent nor has contact with the other two Defendants. As such, we respectfully request that Plaintiff be permitted to move for entry of a default judgment against Defendants Dejavu of Staten Island, Corp. and Carlos Diaz and request 30 days to file such motion. If this request is granted, Plaintiff can move for entry of a default judgment on or before June 10, 2024.

We thank Your Honor for his consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

__/s/ Janelle Romero.___
Janelle J. Romero, Esq.

**cc: All Defendants (via U.S. Mail)**

---

The request to file a motion for default judgment by June 10, 2024, is granted.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  May 10, 2024
New York, New York