UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISHELLE GARCIA, individually and on behalf of all others similarly situated,

               Plaintiff,

– against –

DEJAVU OF STATEN ISLAND, CORP. d/b/a DejaVu Sports Bar, and CARLOS DIAZ and FERNANDO VIVANCO, as individuals,

               Defendants.

**ORDER**

23-cv-09549 (ER)

Ramos, D.J.:

    On April 4, 2025, the Court was notified that a court-ordered mediation was held and agreement was reached as to some, but not all, parties. Doc. 55. The parties are directed to submit a joint status report by April 11, 2025.

    It is SO ORDERED.

Dated:   April 7, 2025
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.