UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MISHELLE GARCIA, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

DEJAVU OF STATEN ISLAND, CORP. d/b/a DejaVu Sports Bar, and CARLOS DIAZ and FERNANDO VIVANCO, as individuals,

        Defendants.
-------------------------------------------------------------------------X

**~~PROPOSED~~ DEFAULT JUDGMENT ORDER**

**23-CV-09549**

This action was commenced by filing of a Summons and Complaint on October 31, 2023. A copy of the Summons and Complaint was served by personal delivery on Defendants as follows:

1. On December 18, 2023, copies of the Summons and Complaint were served on the Corporate Defendant and individual Defendant Diaz at 297 Port Richmond Avenue, Staten Island, New York 10302.

2. Accordingly, the individual Defendant's answer was due on or before January 8, 2024. To date, the corporate Defendant and the individual Defendant Diaz have failed to do so.

3. On June 10, 2024, Plaintiff's counsel filed a Request for Certificate of Default and the Default of the corporate Defendant and the individual Defendant Diaz was noted by the clerk of the Court on June 13, 2024.

4. Defendants DEJAVU OF STATEN ISLAND, CORP. d/b/a DejaVu Sports Bar and CARLOS DIAZ have not appeared in this matter to date, since the above-reference certificate was issued.

1

5. Defendants DEJAVU OF STATEN ISLAND, CORP. d/b/a DejaVu Sports Bar and CARLOS DIAZ have been properly served and are aware of the Complaint against them, and have failed to provide a response.

6. To date, the aforementioned Defendants have not responded to the Complaint or otherwise appeared on this matter.

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff MISHELLE GARCIA has a judgment against Defendants DEJAVU OF STATEN ISLAND, CORP. d/b/a DejaVu Sports Bar and CARLOS DIAZ, as an individual, in the liquidated amount of $90,184.32.

Dated: New York, New York

     October 21, 2025

_____
JUDGE EDGARDO RAMOS