UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISHELLE GARCIA, *individually and on behalf of all others similarly situated*,

Plaintiff,

– against –

FERNANDO VIVANCO,

Defendant.

**ORDER**

23-cv-9549 (ER)

Ramos, D.J.:

On February 3, 2025, the Court Ordered that this case be referred for mediation to the Court-annexed Mediation Program. Doc. 54. Subject to Local Rule 83.9, the parties were directed to participate in the mediation in good faith.

On June 15, 2026, the Court was informed that a court-ordered mediation was held, and a status report was due on April 11, 2025. Docs. 55, 56. On April 29, 2025, Plaintiff submitted a status letter informing the Court that Plaintiff was in the process of finalizing a settlement agreement with the remaining defendant, Fernando Vivanco, and requested the Court to enter default judgment against the other two defendants, Dejavu of Staten Island, Corp. and Carlos Diaz. Doc. 57. On October 21, 2025, the Court entered default judgment against Dejavu of Staten Island, Corp. and Carlos Diaz. Doc. 59.

After not hearing from Plaintiff for more than a year, on October 22, 2026, the Court directed Plaintiff to submit a status report by October 29, 2026. Doc. 60. As of the date of this Order, Plaintiff has neither submitted a status report nor submitted her settlement agreement with Fernando Vivanco.

Plaintiff is thereby directed to submit a status report by November 6, 2026. Failure to do so **will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).**

It is SO ORDERED.

Dated: October 30. 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.